The Honorable J. Kelley Arnold

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| JAMES P. PETRULLI,<br><br>                    Plaintiff,<br><br>v.<br><br>WASHINGTON DEPARTMENT OF VETERANS AFFAIRS; JOHN KING, Director of Washington Department of Veterans Affairs in his individual capacity; and JOHN LEE in his individual capacity,<br><br>                    Defendants. | NO. C03-5441JKA<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS ALL CLAIMS AS TO DEFENDANTS DEPARTMENT OF VETERANS AFFAIRS, JOHN KING, DIRECTOR IN HIS INDIVIDUAL CAPACITY, AND JOHN LEE, IN HIS INDIVIDUAL CAPACITY |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, James P. Petrulli, acting by and through Richard Wooster, and the defendant State of Washington, the WASHINGTON STATE DEPARTMENT OF VETERANS AFFAIRS, an agency of the State of Washington, and JOHN KING, Director of the Washington State Department of Veterans Affairs in his individual capacity, and JOHN LEE in his individual capacity, acting by and through Rob McKenna, Attorney General, and Lisa L. Sutton, Assistant Attorney General, that the above-entitled action may be dismissed with prejudice and without costs, this matter having been fully settled and compromised between the parties and the caption shall be revised to

conform with this order and the caption shall list the State of Washington only as the defendant for entry of the stipulated judgment.

DATED this __23__ day of May 2005.

ROB MCKENNA
Attorney General

_____/s/ Lisa L. Sutton_____
LISA L. SUTTON, WSBA #16005
Assistant Attorney General
Attorneys for State Defendants

_____/s/ Richard H. Wooster_____
RICHARD WOOSTER, WSBA #13752
Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS ALL CLAIMS AS TO DEFENDANTS DEPARTMENT OF VETERANS AFFAIRS, JOHN KING, DIRECTOR IN HIS INDIVIDUAL CAPACITY, AND JOHN LEE, IN HIS INDIVIDUAL CAPACITY -- NO. C03-5441JKA

2

**ERROR! AUTOTEXT ENTRY NOT DEFINED.**

# ORDER

THIS MATTER having come before the undersigned judge of the above-entitled court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED That defendants John King, in his individual capacity and John Lee in his individual capacity shall be dismissed from the above-entitled action with prejudice and without costs or interest to any party and the caption shall be revised to conform with this order and entry of the judgment shall be made only as the Defendant State of Washington.

DATED this 25th day of May 2005.

          /s/ J. Kelley Arnold
U.S. MAGISTRATE JUDGE

Presented by:

ROB MCKENNA
Attorney General

      /s/ Lisa L. Sutton
LISA L. SUTTON, WSBA #16005
Assistant Attorney General
Attorneys for State Defendants

Stipulated and Agreed, Approved as to Form, and Notice of Presentation Waived:

      /s/ Richard H. Wooster
RICHARD WOOSTER, WSBA # 13752
Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS ALL CLAIMS AS TO DEFENDANTS DEPARTMENT OF VETERANS AFFAIRS, JOHN KING, DIRECTOR IN HIS INDIVIDUAL CAPACITY, AND JOHN LEE, IN HIS INDIVIDUAL CAPACITY -- NO. C03-5441JKA

3

ERROR! AUTOTEXT ENTRY NOT DEFINED.

# CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2005, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Richard Wooster Email: RICH@MJWMLAW.com

/s/Lisa L. Sutton
LISA L. SUTTON, WSBA #16005
Assistant Attorney General
Torts Division
629 Woodland Square Loop SE
P.O. Box 40126
Olympia, WA  98504-0126
(360) 459-6600
(360) 459-6967 (fax)

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS ALL CLAIMS AS TO DEFENDANTS DEPARTMENT OF VETERANS AFFAIRS, JOHN KING, DIRECTOR IN HIS INDIVIDUAL CAPACITY, AND JOHN LEE, IN HIS INDIVIDUAL CAPACITY -- NO. C03-5441JKA

4

**ERROR! AUTOTEXT ENTRY NOT DEFINED.**