The Honorable J. KELLEY ARNOLD

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| JAMES P. PETRULLI,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　　　　Defendant. | NO. C03-5441JKA<br><br>STIPULATED JUDGMENT |

Judgment Summary (RCW 4.64.030):

Judgment Creditor:  James P. Petrulli

Judgment Creditor's Attorneys:  Richard Wooster

Judgment Debtor:  State of Washington

Judgment Amount:  $148,590.80

Pre-Judgment Interest:  -0-

Post-Judgment Interest:  -0-

Taxable Costs and Attorney Fees:  -0-

　　　THIS MATTER having come on regularly before the undersigned judge of the above-entitled court; and the plaintiff, James P. Petrulli, acting by and through her attorney, Richard Wooster, and the defendant, State of Washington, acting by and through Rob McKenna, Attorney General, and Lisa Sutton, Assistant Attorney General; and these parties having made a stipulation

1 pursuant to RCW 4.92.150 settling and compromising this action, and it appearing to the court,

2 after a review of the files and records herein and statements of counsel in open court that the sum

3 of one hundred forty eight thousand five hundred ninety dollars and eighty cents ($148,590.80) is

4 a proper and just [amount and award/contribution towards settlement] to be paid by the defendant,

5 State of Washington, to the plaintiff; and the court being fully advised, now, therefore,

6 IT IS HEREBY ORDERED That the plaintiff, James P. Petrulli, shall have judgment

7 against the defendant, State of Washington, for the sum of one hundred forty eight thousand five

8 hundred ninety dollars and eighty cents ($148,590.80).

9 IT IS FURTHER ORDERED, ADJUDGED AND DECREED That neither party shall

10 recover costs nor interest herein.  The judgment includes reasonable costs and fees accrued to

11 date.  The judgment includes any adverse tax consequences to Mr. Petrulli and/or his marital

12 community.

13 IT IS FURTHER ORDERED, ADJUDGED AND DECREED That pursuant to the

14 provisions of RCW 4.92.160 the defendant, State of Washington, shall pay to the clerk of the

15 above-entitled court the sum of one hundred forty eight thousand five hundred ninety dollars and

16 eighty cents ($148,590.80) for the benefit of the plaintiff herein and that upon receipt of said sum

17 the clerk thereof shall forthwith satisfy the judgment against the State of Washington and shall

18 hold such sum subject to the further order of this court.

19 DONE IN OPEN COURT this  25th day of May 2005.

20                                           /s/ J. Kelley Arnold
                                         U.S. MAGISTRATE JUDGE

21 Presented by:
   ROB MCKENNA
22 Attorney General

23

   _____
24 LISA L. SUTTON, WSBA #16005
   Assistant Attorney General
   Attorneys for State Defendants
25

26 Stipulated to and Approved for Entry and
   Notice of Presentation Waived:

| | |
|---|---|
| 1 | |
| 2 | RICHARD WOOSTER, WSBA # 13752 |
| 3 | Attorney for Plaintiff |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |